IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHARLES MILLER and
POLLY MILLER                                                                    PLAINTIFFS

v.                          No. 4:13-cv-191-DPM

HOWMEDICA OSTEONICS
CORPORATION, a New Jersey
Corporation doing business as
Stryker Orthopaedics                                                            DEFENDANT

## ORDER

Notice of related case, № 8, is moot. Motions, № 9 & 10, denied as moot.

This case has already been transferred and stayed.

So Ordered.

D.P. Marshall Jr.
United States District Judge

 30 April 2013